July 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF R.S.T., A CHILD

NO. 14-12-00014-CV                    V.

_____

This cause, an appeal from the judgment in a suit affecting the parent-child relationship, signed October 7, 2012, was heard on the transcript of the record. The record shows that this court lacks appellate jurisdiction. We therefore order the appeal **DISMISSED**.

We further order this decision certified below for observance.